IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LUIS ARTURO RAMIREZ BATRES,** § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> **WARDEN EL PASO SERVICE** § <br> **PROCESSING CENTER et al.,** § <br> § <br> Respondents. § | **CAUSE NO. EP-26-CV-681-KC** |

### ORDER

On this day, the Court considered Luis Arturo Ramirez Batres' Petition for a Writ of Habeas Corpus, ECF No. 1.

An "[a]pplication for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242. But "[c]ourts do not automatically grant 'next friend' status under § 2242 to anyone that seeks to pursue an action on behalf of a petitioner." *Romanov ex rel. Romanova v. Frink*, No. 25-cv-3133, 2025 WL 2162290, at *2 (S.D. Tex. July 30, 2025) (citing *Whitmore v. Arkansas*, 495 U.S. 149, 163–64 (1990)). To proceed as "next friend" the individual must establish: (1) "an adequate explanation such as inaccessibility, mental incompetence, or other disability of why the real party in interest cannot appear on his own behalf" and (2) that the "next friend" is "truly dedicated to the best interests of the person" and has "some significant relationship with the real party in interest." *Page v. Hogans*, No. 15-cv-597, 2017 WL 11810133, at *1–2 (S.D. Miss. Sept. 5, 2017).

Here, the Petition is not signed by Luis Arturo Ramirez Batres, and instead is signed by Carlos Arturo Ramirez Batres. *See* Pet. 8. However, the Petition does not indicate who Carlos Arturo Ramirez Batres is, or his relationship to Luis Arturo Ramirez Batres. *See generally id.* In contrast, the Letter, Affidavit, and Memorandum of Law attached to the Petition all appear to be signed by Luis Arturo Ramirez Batres himself. *See* Letter, ECF No. 1-1; Aff., ECF No. 1-2; Mem. Law, ECF No. 1-3. Confusing matters more, the Petition is separately signed by Carlos Zuniga as an attorney or other authorized person. *See* Pet. 8. But no information is provided as to who Carlos Zuniga is and no notice of attorney appearance has been filed.

Accordingly, the Court **ORDERS** that, <u>**by no later than April 1, 2026**</u>, either:

(1) Luis Arturo Ramirez Batres must **FILE** written notice expressing his intent to proceed with this petition for a writ of habeas corpus on his own behalf and detailing (1) his relation to Carlos Arturo Ramirez Batres and Carlos Zuniga, and (2) the reason Carlos Arturo Ramirez Batres and Carlos Zuniga signed the petition; or

(2) If Carlos Arturo Ramirez Batres intends to proceed as next friend, Carlos Arturo Ramirez Batres must **FILE** written notice detailing (1) his relationship with Luis Arturo Ramirez Batres and why he is dedicated to his best interest, and (2) why Luis Arturo Ramirez Batres cannot proceed with this petition on his own behalf; or

(3) If Carlos Zuniga intends to appear as counsel or proceed as next friend, Carlos Zuniga must either **FILE** a notice of attorney appearance, or written notice detailing (1) his relationship with Luis Arturo Ramirez Batres and why he is dedicated to his best interest, and (2) why Luis Arturo Ramirez Batres cannot proceed with this petition on his own behalf.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send this Order to Luis Arturo Ramirez Batres via certified mail at the following addresses:

Luis Arturo Ramirez Batres
1402 N. Avenue K
Haskell, TX 79521

Luis Arturo Ramirez Batres
A-057-791-354
El Paso Camp East Montana
6920 Digital Road
El Paso, TX 79936

**SO ORDERED**.

**SIGNED this 11th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE